# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JOHN PAUL WILSON                                                                    PLAINTIFF

v.                                       1:10-cv-00103-BRW-JJV

ALAN COCKRILL, Sheriff,
Independence County; *et al*.                                            DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants Cockrill, Ferguson, Hood and Ringer be DISMISSED from this action, for Plaintiff's failure to state a claim upon which relief may be granted

IT IS SO ORDERED this 5th day of May, 2011.

                                                         /s/Billy Roy Wilson
                                     UNITED STATES DISTRICT JUDGE