IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN PAUL WILSON, Reg. #26333-009, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 1:10-cv-00103-JJV |
| ALAN COCKRILL, Sheriff, Independence County, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

## ORDER AND JUDGMENT

Before the Court is Plaintiff's Motion for Voluntary Dismissal with Prejudice (Doc. No. 68).

For good cause shown, the Motion is GRANTED and this cause is dismissed with prejudice.

IT IS SO ORDERED this 5th day of November, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE